```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**MICHAEL AARON JACOBY**                                              PLAINTIFF

v.                        Civil No. 09-5258

**DR. HOWARD,
NURSE RHONDA BAILEY and
SHERIFF TIM HELDER**                                                  DEFENDANTS

### O R D E R

Now on this 26th day of October, 2010, comes on for consideration the **Magistrate Judge's Report and Recommendation** (Doc. 3), in this matter, to which no objections have been made. The Court, having carefully reviewed said Report and Recommendation, finds that it is sound in all respects, except that the Court declines to dismiss the plaintiff's complaint with prejudice.

**IT IS THEREFORE ORDERED** that the **Magistrate Judge's Report and Recommendation is adopted in part, and not adopted in part.**

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's complaint is hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS SO ORDERED.**

                                        /s/Jimm Larry Hendren
                                        HON. JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE